**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br><br> **SOUTH HILLS OPERATIONS, LLC,** <br><br> Debtor. <br><br> Federal EIN: 81-4375527 | Chapter 11 <br><br> Case No. 24-21217-CMB |
| In Re: <br><br> **MONROEVILLE OPERATIONS, LLC,** <br><br> Debtor. <br><br> Federal EIN: 81-4323280 | Chapter 11 <br><br> Case No. 24-21222-CMB |
| In Re: <br><br> **MT. LEBANON OPERATIONS, LLC,** <br><br> Debtor. <br><br> Federal EIN: 81-4341133 | Chapter 11 <br><br> Case No. 24-21225-CMB |
| In Re: <br><br> **MURRYSVILLE OPERATIONS, LLC,** <br><br> Debtor. <br><br> Federal EIN: 81-4359149 | Chapter 11 <br><br> Case No. 24-21230-CMB |

| | |
|---|---|
| **In Re:** | Chapter 11 |
| **CHESWICK REHABILITATION AND WELLNESS CENTER, LLC,** | Case No. 24-21232-CMB |
| Debtor. | |
| Federal EIN: 82-2209561 | |
| **In Re:** | Chapter 11 |
| **3876 SAXONBURG BOULEVARD PROPCO, LLC** | Case No. 24-21226-CMB |
| Debtor. | |
| Federal EIN: 82-2233618 | |
| **In Re:** | Chapter 11 |
| **NORTH STRABANE REHABILITATION AND WELLNESS CENTER, LLC,** | Case No. 24-21235-CMB |
| Debtor. | |
| Federal EIN: 82-2191677 | |
| **In Re:** | Chapter 11 |
| **100 TANDEM VILLAGE ROAD PROPCO, LLC,** | Case No. 24-21220-CMB |
| Debtor. | |
| Federal EIN: 82-2221918 | |
| **In Re:** | Chapter 11 |
| **MAYBROOK-C BRIARCLIFF OPCO, LLC,** | Case No. 24-21218-CMB |
| Debtor. | |
| Federal EIN: 81-0905187 | |

| | |
|---|---|
| **In Re:** <br><br> **MAYBROOK-C BRIARCLIFF PROPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-1501823** | **Chapter 11** <br><br> **Case No. 24-21219-CMB** |
| **In Re:** <br><br> **MAYBROOK-C EVERGREEN OPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-0905388** | **Chapter 11** <br><br> **Case No. 24-21221-CMB** |
| **In Re:** <br><br> **MAYBROOK-C EVERGREEN PROPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-1502000** | **Chapter 11** <br><br> **Case No. 24-21223-CMB** |
| **In Re:** <br><br> **MAYBROOK-C KADE OPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-0974033** | **Chapter 11** <br><br> **Case No. 24-21227-CMB** |
| **In Re:** <br><br> **MAYBROOK-C KADE PROPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-1502097** | **Chapter 11** <br><br> **Case No. 24-21229-CMB** |

| In Re: | Chapter 11 |
|---|---|
| **MAYBROOK-C LATROBE OPCO, LLC,** | **Case No. 24-21224-CMB** |
| Debtor. | |
| Federal EIN: 81-0974148 | |
| In Re: | Chapter 11 |
| **MAYBROOK-C LATROBE PROPCO, LLC,** | **Case No. 24-21228-CMB** |
| Debtor. | |
| Federal EIN: 81-1502178 | |
| In Re: | Chapter 11 |
| **MAYBROOK-C OVERLOOK OPCO, LLC,** | **Case No. 24-21234-CMB** |
| Debtor. | |
| Federal EIN: 81-1087081 | |
| In Re: | Chapter 11 |
| **MAYBROOK-C OVERLOOK PROPCO, LLC,** | **Case No. 24-21236-CMB** |
| Debtor. | |
| Federal EIN: 81-1486804 | |
| In Re: | Chapter 11 |
| **MAYBROOK-C SILVER OAKS OPCO, LLC,** | **Case No. 24-21237-CMB** |
| Debtor. | |
| Federal EIN: 81-1087146 | |

| | |
|---|---|
| **In Re:** <br><br> **MAYBROOK-C SILVER OAKS PROPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-1459654** | **Chapter 11** <br><br> **Case No. 24-21238-CMB** |
| **In Re:** <br><br> **MAYBROOK-C WHITECLIFF OPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-1096211** | **Chapter 11** <br><br> **Case No. 24-10271-CMB** |
| **In Re:** <br><br> **MAYBROOK-C WHITECLIFF PROPCO, LLC,** <br><br> Debtor. <br><br> **Federal EIN: 81-1434835** | **Chapter 11** <br><br> **Case No. 24-10272-CMB** |
| **SOUTH HILLS OPERATIONS, LLC,** *et al.,* <br><br> Movants, <br><br> v. <br><br> **NO RESPONDENTS.** | **Doc. No.:** <br> **Related to Doc. No.:**  2 <br><br> **Hearing Date:** <br><br> **Hearing Time:** |

# ORDER DIRECTING
## JOINT ADMINISTRATION OF CHAPTER 11 CASES

5

Upon the motion (the "<u>Motion</u>")[1] of the Debtors for entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and W.PA.LBR 1002-6(e)(3), directing joint administration of the Debtors' related Chapter 11 Cases, all as more fully described in the Motion; and upon consideration of the First Day Declaration; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 24-21217-CMB.

3. The Clerk of Court shall maintain one file and one docket for these jointly administered cases, which file and docket shall be the file and docket for South Hills Operations, LLC, Case No. 24-21217-CMB.

4. The caption of the jointly administered cases shall be in the form set forth on **Exhibit 1** to this Order.

5. All pleadings and other papers filed in these Chapter 11 Cases shall bear the consolidated caption set forth on **Exhibit 1**.

6. The consolidated caption set forth on **Exhibit 1** satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

---

[1] Capitalized terms not defined herein are defined in the Motion.

7. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1002-6 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Western District of Pennsylvania directing joint administration of the Chapter 11 Cases of the following entities: South Hills Operations, LLC; Monroeville Operations, LLC; Mt. Lebanon Operations, LLC; Murrysville Operations, LLC; Cheswick Rehabilitation and Wellness Center, LLC; 3876 Saxonburg Boulevard Propco, LLC; North Strabane Rehabilitation and Wellness Center, LLC; 100 Tandem Village Road Propco, LLC; Maybrook-C Briarcliff Opco, LLC; Maybrook-C Briarcliff Propco, LLC; Maybrook-C Evergreen Opco, LLC; Maybrook-C Evergreen Propco, LLC; Maybrook-C Kade Opco, LLC; Maybrook-C Kade Propco, LLC; Maybrook-C Latrobe Opco, LLC; Maybrook-C Latrobe Propco, LLC; Maybrook-C Overlook Opco, LLC; Maybrook-C Overlook Propco, LLC; Maybrook-C Silver Oaks Opco, LLC; Maybrook-C Silver Oaks Propco, LLC; Maybrook-C Whitecliff Opco, LLC; Maybrook-C Whitecliff Propco, LLC. The docket in the chapter 11 case of South Hills Operations, LLC, Case No. 24-21217-CMB, should be consulted for all matters affecting the Chapter 11 Cases of any foregoing entities.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors or the Debtors' estates. Nothing contained in this Order shall be deemed or construed as permitting the Debtors to file consolidated schedules, statements or monthly operating reports.

9. The Debtors are authorized to utilize a combined service list for the Debtors' jointly-administered cases and may send combined notices to creditors of the Debtors and other parties in interest where appropriate.

10. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

12.     The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

BY THE COURT:

Date: _____May 21_____, 2024
Pittsburgh, PA

Hon. Carlota M. Bohm
United States Bankruptcy Court

FILED
5/21/24 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Exhibit 1
(Consolidated Caption)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Case No.: 24-21217-CMB** |
| **SOUTH HILLS OPERATIONS, LLC,** *et al.*,[1] | **Chapter 11** *Joint Administration Requested* |
| Debtors. | **Doc. No.:** |
| **[Movant(s)],** | **Related to Document No.:** |
| Movant, | **Hearing Date:** |
| -vs - | **Hearing Time:** |
| **[Respondent(s)],** | **Response Deadline:** |
| Respondent(s). | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.